UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:21-cr-00015-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSHUA WENDELL CLARK | **ORDER TO SEAL** |

On motion of the Defendant, Joshua Wendell Clark, and for good cause shown, it is hereby ORDERED that [DE 45] be sealed until otherwise ordered by the Court, except that copies may be provided to the United States Attorney's Office and Counsel for the above-named Defendant.

IT IS SO ORDERED.

This __1__ day of November, 2021.

_____
JAMES C. DEVER III
United States District Judge